UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| United States of America,<br><br>      Petitioner,<br><br>      v.<br><br>Todd Tillman,<br><br>      Respondent. | Case No.: CV 18-6886-DMG (MRWx)<br><br>ORDER TO SHOW CAUSE WHY IRS SUMMONS SHOULD NOT BE ENFORCED |

1

Based upon the Petition to Enforce Internal Revenue Service Summons, Memorandum of Points and Authorities, and the Declaration of Dinah Lund, the Court finds that Petitioner has established a *prima facie* case for judicial enforcement of the subject Internal Revenue Service ("IRS") summons. *See United States v. Powell*, 379 U.S. 48, 57–58 (1964).

**IT IS ORDERED** that Respondent appear before this Court at the following date, time, and address, to show cause why the testimony and production of books, papers, records, and other data demanded in the subject IRS summons should not be compelled:

Date: Friday, September 28, 2018
Time: 10:00 a.m.
Courtroom: 8C
Address: United States Courthouse
350 West First Street, Los Angeles, CA 90012

**IT IS FURTHER ORDERED** that copies of the following documents shall be served on Respondent (a) by personal delivery, (b) by leaving a copy at Respondent's dwelling or usual place of abode with someone of suitable age and discretion who resides there, or (c) in accordance with any other applicable provision of Federal Rule of Civil Procedure 4:

1. This Order; and
2. The Petition, Memorandum of Points and Authorities, and accompanying Declaration.

Service may be made by any employee of the IRS or the United States Attorney's Office. Upon service of the aforementioned documents, Petitioner shall forthwith file a proof of service.

**IT IS FURTHER ORDERED** that **within twenty-one (21) days** after service upon Respondent of the herein described documents, Respondent shall file and serve a written response, supported by appropriate sworn statements, as well as any desired motions. If, prior to the return date of this Order, Respondent files a response with the Court stating that Respondent does not oppose the relief sought in the Petition and does

not wish to make an appearance, then the appearance of Respondent at any hearing pursuant to this Order to Show Cause is excused, and Respondent shall comply with the summons within fourteen (14) days thereafter.

The Court admonishes Respondent that if he fails to timely respond to this Order, then the Court may compel him to comply with the summons. *See Action Recycling, Inc. v. United States*, 721 F.3d 1142, 1146 (9th Cir. 2013) (noting that after the IRS has made a *prima facie* showing, the party resisting the summons bears the "heavy" burden of "disprov[ing] the existence of a valid tax determination or collection purpose") (quoting *United States v. Jose*, 131 F.3d 1325, 1328 (9th Cir. 1997) (*en banc*))).

**IT IS SO ORDERED.**

DATED: August 21, 2018

                                       DOLLY M. GEE
                                       UNITED STATES DISTRICT JUDGE